

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2014

No. 04-13-00519-CV

Robert **SAMANIEGO**,
Appellant

v.

Mary **SAMANIEGO**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-0784-CV
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

On April 16, 2014, appellee filed a "Motion to File Correct Property Value." In that motion appellee asked this court to abate the appeal and remand the matter to the trial court to re-evaluate the value of certain real property included in the marital assets based on a new property appraisal. By order dated April 22, 2014, this court denied appellee's motion. On April 30, 2014, appellant filed his "Motion for Objections to Appellee's Motion to File Correct Properly Value." As this court has already denied appellee's motion, appellant's motion is moot. Accordingly, we **DENY** appellant's motion as **MOOT**.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court